UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-130-MOC-WCM

| | |
|---|---|
| MELISSA B. KNIBBS, )<br>As Personal Representative of the )<br>Estate of Michael Scott Knibbs, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>ANTHONY MOMPHARD, JR., et al. )<br> )<br> )<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on a Consent Motion to Seal filed by Defendants. (#28). The Motion to Seal does not comply with Local Civil Rule 6.1. Therefore, the Motion to Seal is denied at this time.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Consent Motion to Seal filed by Defendants (#28) is **DENIED** without prejudice to Defendants to refile the motion to seal and supporting memorandum in a manner that complies with Local Civil Rule 6.1.

Signed: June 3, 2020

Max O. Cogburn Jr
United States District Judge

1