UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-130-MOC-WCM

| | |
|---|---|
| **MELISSA KNIBBS,** *as personal representative of the Estate of* Michael Scott Knibbs, | ) ) ) ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) ) ) **ORDER** ) |
| **ANTHONY MOMPHARD, JR.,** *individually and in his official capacity as a deputy sheriff of the Macon County Sheriff's Department,* **ROBERT HOLLAND,** *in his official capacity as the Sheriff of Macon County,* **WESTERN SURETY COMPANY,** *a South Dakota Corporation,* **THE OHIO CASUALTY INSURANCE** *a New Hampshire Corporation,* | ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Sanctions, in which Plaintiff seeks monetary sanctions against Defendants for purportedly violating the parties' protective order. (Doc. No. 38). Defendants oppose the motion.

The Court has considered the parties' respective arguments, and the Court will deny the sanctions motion for the reasons stated in Defendants' brief in opposition.

    **IT IS SO ORDERED**.

Signed: November 5, 2020

*[Signature]*
Max O. Cogburn Jr.
United States District Judge