# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Melissa B. Knibbs, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00130-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Anthony Momphard, Jr., Western Surety Company, Robert Holland, The Ohio Casualty Insurance Company, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court, and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2020 Order.

November 5, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court