UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-130-MOC-WCM

| | |
|---|---|
| MELISSA KNIBBS, *as personal representative of the Estate of* Michael Scott Knibbs, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| ANTHONY MOMPHARD, JR., *individually and in his official capacity as a deputy sheriff of the Macon County Sheriff's Department, et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the court on Plaintiff's Motion to Substitute Parties and Correct Misnomer. (Doc. No. 86). The motion is **GRANTED**, and Macon County Sheriff Brett Holbrooks is substituted for Robert Holland as a named party in this action, pursuant to Federal Rules of Civil Procedure Rule 25(d).

**IT IS SO ORDERED.**

*[Signature]*
Title of Signing Officer
United States District Court

1